UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DEREK TRAMON WILLIAMS** | **CIV. ACTION NO. 3:21-03892** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED,** in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

MONROE, Louisiana, this 23rd day of February 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE